No. 25-2182
_____

# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT
_____

| | |
|---|---|
| SHANIECE MATHEWS, as guardian *ad litem* and on behalf of her son, D. W., | |
| | Appeal from the United States District Court for the Northern District of Illinois |
| Plaintiff-Appellant, | Case No. 1:18-cv-06675 |
| v. | The Honorable Joan B. Gottschall |
| STATE OF ILLINOIS, et al., | |
| Defendants-Appellees. | |

_____

## DOCKETING STATEMENT

Pursuant to Circuit Rules 3(c)(1) and 28(a), Shaniece Mathews, as guardian *ad litem* and on behalf of her son, D. W., by and through her attorneys, submits this docketing statement as follows:

**1. District Court's Jurisdiction**

The District Court had jurisdiction of over this matter pursuant to 28 U.S.C. §§ 1331 and 1343 and because of its supplemental jurisdiction under 28 U.S.C. § 1367 over the related state law claim.

The District Court of the Northern District of Illinois was also an appropriate venue, as the Plaintiff and Defendants are either residents or conduct activities in

Northern District of Illinois, and the events and omissions giving rise to the harm alleged by Plaintiff occurred in the Northern District of Illinois.

2. **Appellate Jurisdiction**

This Court has jurisdiction of this appeal under 28 U.S.C. § 1291, as this is an appeal of a grant of Defendants-Appellees' motion to dismiss. The District Court entered its order granting the motion to dismiss on June 13, 2025, (Dkt. 212) and entered judgment the same day (Dkt. 213). Plaintiff-Appellant filed her Notice of Appeal on July 11, 2025 (Dkt. 214).

3. **Prior or Related Proceedings**

This Court previously reviewed an interlocutory appeal in this case by now Defendants-Appellees, who filed their Notice of Appeal on October 28, 2019 (*Powell v. State of Illinois, et al.*, No. 19-3144). On August 6, 2021, this Court Ordered that the appeal be dismissed by motion under Fed. R. App. P. 42(b) and denied a request to vacate the district court's judgment.

Dated: July 18, 2025

Respectfully submitted,

By: /s/ *Thomas H. Geoghegan*
One of Plaintiff's Attorneys

Shira Lauren Feldman
**Brady Center to Prevent Gun Violence**
840 First Street NE, Suite 400
Washington, DC 20002
(202) 370-8100
sfeldman@bradyunited.org

Thomas H. Geoghegan
**Despres, Schwartz, & Geoghegan, Ltd.**
77 West Washington Street, Suite 711
Chicago, Illinois 60602
(312) 372-2511
tgeoghegan@dsgchicago.com

Patrick V. Dahlstrom
**Pomerantz LLP**
10 S. LaSalle St., Suite 3505
Chicago, IL 60603
(312) 377-1181
pdahlstrom@pomlaw.com

**Attorneys for the Plaintiffs**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing document was filed and served through the Court's CM/ECF system on July 18, 2025. Parties of record may obtain a copy through the Court's ECF system.

Respectfully submitted,

/s/ *Thomas H. Geoghegan*
Thomas H. Geoghegan
