Nos. 25-2182, 25-2312

_____

# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT
_____

| | |
|---|---|
| SHANIECE MATHEWS, as guardian *ad litem* and on behalf of her son, D. W., | |
| | Appeal from the United States District Court for the Northern District of Illinois |
| Plaintiff-Appellant/Cross-Appellee, | |
| | Case No. 1:18-cv-06675 |
| v. | |
| | The Honorable Joan B. Gottschall |
| STATE OF ILLINOIS, et al., | |
| Defendants-Appellees/Cross-Appellants. | |

_____

### PLAINTIFF-APPELLANT'S MOTION
### PURSUANT TO CIRCUIT RULE 52 FOR CERTIFICATION OF
### QUESTION OF STATE LAW TO THE ILLINOIS SUPREME COURT

Plaintiff-Appellant/Cross-Appellee Shaniece Mathews, as guardian *ad litem* and on behalf of her son, D.W., ("Plaintiff-Appellant") by and through her attorneys, respectfully moves pursuant to Circuit Rule 52 of this Court for the certification of certain questions of state law to the Illinois Supreme Court.

While Plaintiff-Appellant contends that the answers to both the certified questions are yes, Plaintiff-Appellant moves in the alternative that the questions should be certified to the Illinois Supreme Court and this case stayed for resolution

1

as important questions of first impression under state law, should the state court agree to resolve these questions. The questions for certification are as follows:

1. Whether the Defendant Appellee Illinois State Police ("ISP") has authority under 430 ILCS 68/5-85 of the Firearm Dealer License Certification Act ("FDLCA") and by virtue of the ISP's general authority under the Illinois State Police Law, 20 ILCS 2605-16, to require Cook County dealers seeking annual renewal of their licenses by ISP to produce digital or other records that show such dealers are following responsible business practices at the time of the sale of their firearms.

2. Whether the ISP has the authority under the 430 ILCS 68/5-85, FDLCA, to deny renewal of the licenses of those Cook County dealers who fail or refuse to follow responsible business practices in which they are annually trained for at least two hours by ISP each year under 430 ILCS 68/5-30 or who fail or refuse to follow such responsible business practices required by the Firearm Industry Responsibility Act, codified at 815 ILCS 505/2DDDD.

WHEREFORE, Plaintiff-Appellant respectfully requests that, should this Court choose not to address these questions, that the questions be certified to the Illinois Supreme Court and this case stayed until the questions can thereby be resolved.

Dated: October 6, 2025                                   Respectfully submitted,

                                                         /s/ Thomas H. Geoghegan
                                                         Attorney for Plaintiff-Appellant

DESPRES, SCHWARTZ, & GEOGHEGAN, LTD.                     POMERANTZ, L.L.P.
Thomas H. Geoghegan                                      Patrick V. Dahlstrom
Will W. Bloom                                            10 South La Salle Street
77 West Washington Street                                Suite 3505
Suite 711                                                Chicago, Illinois 60603
Chicago, Illinois 60602                                  (312) 377-1181
(312) 372-2511                                           pdahlstrom@pomlaw.com
tgeoghegan@dsgchicago.com

*Attorneys for Plaintiff-Appellant and the Class*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing document was filed and served through the Court's CM/ECF system on October 6, 2025. Parties of record may obtain a copy through the Court's ECF system.

Respectfully submitted,

/s/ *Thomas H. Geoghegan*
Thomas H. Geoghegan
