Nos. 25-2182, 25-2312 (consol.)

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| SHANICE MATHEWS, as guardian *ad litem* and on behalf of her son, D.W.,   ) ) ) | Appeal from the United States District Court for the Northern District of Illinois, Eastern |
| Plaintiff-Appellant/Cross Appellee,   ) ) ) | Division |
| v.   ) ) | No. 1:18-cv-06675 |
| STATE OF ILLINOIS, ILLINOIS STATE POLICE, J.B. PRITZKER, and BRENDAN F. KELLY,   ) ) ) ) ) | |
| Defendants-Appellees/Cross-Appellants.   ) ) ) | The Honorable JOAN B. GOTTSCHALL, Judge Presiding. |

**DEFENDANTS-APPELLEES/CROSS-APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE COMBINED RESPONSIVE BRIEF AND OPENING BRIEF AND APPENDIX**

Defendants-Appellees/Cross-Appellants State of Illinois, Illinois State Police, J.B. Pritzker, and Brendan F. Kelly move this court unopposed for a 30-day extension of time, from November 5, 2025 to December 5, 2025, to file their combined responsive brief in the main appeal and opening brief and appendix in the cross-appeal, and submit the attached declaration in support of this motion.

                                                Respectfully submitted,

                                                KWAME RAOUL
                                                Attorney General
                                                State of Illinois

By:   /s/ Samantha Sherman
        SAMANTHA SHERMAN
        Assistant Attorney General

115 South LaSalle Street  
Chicago, Illinois 60603  
(312) 793-1273 (office)  
(773) 590-7803 (cell)  
Samantha.Sherman@ilag.gov

# DECLARATION

I, Samantha Sherman, state the following:

1. I am a citizen of the United States over the age of 18. My current business address is 115 South LaSalle Street, Chicago, Illinois 60603. I have personal knowledge of the facts stated in this declaration. If called upon, I could testify competently to these facts.

2. I am an Assistant Attorney General in the Civil Appeals Division of the Office of the Attorney General of the State of Illinois, and have been assigned to represent Defendants-Appellees/Cross-Appellants in these appeals, docketed by this court as Nos. 25-2182, 25-2312 (consolidated under No. 25-2182).

3. The combined responsive and opening brief of Defendants-Appellees/Cross-Appellants is due to be filed with this court by November 5, 2025, on no extensions of time. 7th Cir. Doc. 11. This is Defendants-Appellees/Cross-Appellants' first motion for an extension to file their combined responsive and opening brief.

4. This motion is being filed at least seven days before the brief's due date, as required by 7th Cir. R. 26.

5. I will be unable to draft the response brief in this matter, have the draft reviewed through the regular review process of the Civil Appeals Division, finalize the draft, and file the brief with this court by November 5, 2025, and request a 30-day extension of time to do so, for the following reasons:

6. First, I was assigned as the attorney on this matter on October 23, 2025. Therefore, I need additional time to familiarize myself with the record and research the issues in this case.

7. Second, I am scheduled to file the response brief of Defendants-Appellees Angela Crain, Rob Jeffreys, Heather Price, and Anthony Wills in *Boclair v. Wills*, No. 24-2580, in this court on November 14, 2025, on two extensions of time. This brief is a priority in my work schedule because of the number of extensions already granted.

8. Third, I represent Defendant-Appellee Illinois Department of Public Health in *Lathan v. Illinois Department of Public Health*, No. 25-2795 (7th Cir.), which is scheduled for mediation under Circuit Rule 33 on November 6, 2025. I will need to set aside time in my work schedule to familiarize myself with the record and research the issues in this case in preparation for the mediation. This is a priority in my work schedule because the mediation has already been rescheduled once and the scheduling conflicts of the parties involved would make it challenging to reschedule again.

9. On October 24, 2025, I gave notice to Thomas H. Geoghegan, Will W. Bloom, and Patrick V. Dahlstrom, attorneys for Plaintiff-Appellant/Cross-Appellee Shanice Mathews in these appeals, by providing a copy of this motion before it was filed with this court. Counsel for Ms. Mathews does not object to this motion.

10. I do not request this 30-day extension of time from November 5, 2025, to December 5, 2025, to file Defendants-Appellees/Cross-Appellants' combined

responsive and opening brief in these appeals for purposes of delay, but so that I may try to meet my professional responsibilities, properly represent my clients, and provide this court with a thorough brief in this case.

11. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on October 28, 2025

By: /s/ Samantha Sherman
SAMANTHA SHERMAN
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 793-1273 (office)
(773) 590-7803 (cell)

# CERTIFICATE OF FILING AND SERVICE

I certify that on October 28, 2025, I electronically filed the foregoing Defendants-Appellees/Cross-Appellants' Unopposed Motion for Extension of Time to File Combined Responsive Brief and Opening Brief and Appendix with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

I further certify that the other participants in these appeals, named below, are CM/ECF users, and thus will be served via the CM/ECF system.

Thomas H. Geoghegan,
Despres, Schwartz & Geoghegan

Will W. Bloom,
Despres, Schwartz & Geoghegan

Patrick V. Dahlstrom,
Pomerantz LLP

By: /s/ Samantha Sherman
SAMANTHA SHERMAN
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 793-1273 (office)
(773) 590-7803 (cell)
Samantha.Sherman@ilag.gov