Nos. 25-2182, 25-2312

_____

# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

_____

SHANIECE MATHEWS, as guardian )
*ad litem* and on behalf of her )
son, D. W., )
                                      )     Appeal from the United States
                                        )     District Court for the Northern
 Plaintiff-Appellant/Cross-Appellee, )     District of Illinois
                                        )     Case No. 1:18-cv-06675
                v. )
                                          )     The Honorable
                                        )     Joan B. Gottschall
STATE OF ILLINOIS, et al., )
                                          )
 Defendants-Appellees/Cross-Appellants. )

_____

## UNOPPOSED MOTION FOR EXTENSION OF TIME

      Plaintiff-Appellant/Cross-Appellee Shaniece Mathews, as guardian *ad litem* and on behalf of her son, D. W., ("Plaintiff") by and through her attorneys, respectfully moves pursuant to Fed. R. App. P. 26 (b) and 7th Cir. R. 26 for an extension of 28 days to file her combined reply brief in the main appeal and responsive brief in the cross-appeal to May 4, 2026. Defendants-Appellees/Cross-Appellants ("Defendants") do not oppose the extension provided that this Court grant them additional time for their reply brief in the cross-appeal. The attached declaration is submitted in support of this motion.

1

WHEREFORE, Plaintiff respectfully requests that this Court enter an order extending her time to file a combined reply brief in the main appeal and responsive brief in the cross-appeal to May 4, 2026, and extending Defendants' time to file their reply brief, if any, in the cross-appeal to May 27, 2026.

Dated:  March 31, 2026

/s/ Thomas H. Geoghegan
Attorney for Plaintiff-Appellant

Thomas H. Geoghegan (*counsel of record)*
Will W. Bloom
DESPRES, SCHWARTZ, & GEOGHEGAN, LTD.
77 West Washington Street, Suite 711
Chicago, Illinois 60602
(312) 372-2511

## DECLARATION

I, Thomas Geoghegan, state the following:

1.      Plaintiff filed her notice of appeal on July 11, 2025 (Case No. 25-2182).

2.      Defendants filed their own notice of appeal on July 23, 2025 (Case No. 25-2312).

3.      An Order of this Court entered the consolidation of the appeals for briefing and disposition on August 4, 2025.

4.      In service of this consolidation of the briefing schedules, this Court granted Plaintiff an extension of time to file her opening brief on October 6, 2025, and Plaintiff filed her brief on that day.

5.      Defendants moved for extensions of time to file their combined response brief in the main appeal and opening brief in the cross-appeal on October 28, 2025, on November 26, 2025, on December 29, 2025, and on January 27, 2026.

6.      This Court granted each of Defendants' motions for extension of time, and their brief was filed on March 6, 2026.

7.      Plaintiff's combined reply brief in the main appeal and responsive brief in the cross-appeal is currently due April 6, 2026.

8.      This is the first extension of time sought by Plaintiff for her combined reply brief in the main appeal and responsive brief in the cross-appeal.

3

9.    Plaintiff requests an extension due to the breadth and complexity of the issues raised in the Defendants-Appellees/Cross-Appellants' 60-page brief. Under a standard of *de novo* review, Defendants have raised issues in their brief after three extensions that were not at issue in Plaintiffs' appeal. This increases the complexity and breadth of Plaintiffs' briefing, which requires more time amid other deadlines on counsel's docket.

10.    Plaintiff also requests an extension due to counsel's overlapping work that must be prioritized to affect a preliminary injunction in another action. On March 31, 2026, Judge Robert W. Gettleman granted a motion for a preliminary injunction affording clergy daily access to detainees held in the U.S. Immigration and Customs Enforcement facility at Broadview, Illinois, from April 2, 2026, through April 5, 2026. The court also ordered that a report regarding said access be filed by April 6, 2026. *See* Minute Entry, *Coalition from Spiritual and Public Leadership v. Kristi Noem*, No. 25-cv-14168 (RGW) (N.D. Ill. Mar. 31, 2026), ECF No. 35.

11.    In addition, in the prior week, the undersigned counsel's firm was engaged in preparing and filing on March 27, 2026 a brief opposing a dispositive motion to dismiss in *Local 101, Production and Maintenance Workers et al. v. Kilcoy Global Foods,* 2025 L.A. 726 (County Div., Circuit Court, Lake County, IL)  a class

action seeking recovery of three years of lost wages for over 130 employees. Such briefing was more demanding and time-consuming than counsel anticipated.

12.    On March 30, 2026, before filing this motion, the undersigned counsel gave notice to Samantha Sherman, Assistant Attorney General for the State of Illinois, Counsel for the Defendants-Appellees/Cross-Appellants, that I would be seeking the extension herein. Counsel stated that Defendants have no objection to the proposed schedule so long as their time to file their cross-reply is similarly extended.

13.    I do not seek this extension for purposes of delay, but so that I may satisfy my professional responsibilities, adequately represent my clients, and submit a brief to this Court that addresses all the issues in sufficient detail.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed this 31st day of March, 2026.

*/s/ Thomas H. Geoghegan*
Attorney for Plaintiff-Appellant

Thomas H. Geoghegan (*counsel of record*)
Will W. Bloom
DESPRES, SCHWARTZ, & GEOGHEGAN, LTD.
77 West Washington Street, Suite 711
Chicago, Illinois 60602
(312) 372-2511

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney hereby certifies that the foregoing document was filed and served through the Court's CM/ECF system on March 31, 2026. Parties of record may obtain a copy through the Court's ECF system.

Respectfully submitted,

/s/ *Thomas H. Geoghegan*
Thomas H. Geoghegan